<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6324**

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

  v.

REGGIE ISMEL, a/k/a New York Junior,

      Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.   Norman K. Moon, Senior District Judge.  (3:94-cr-00008-NKM-1)

Submitted:  June 21, 2012     Decided:  June 25, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reginald Marlin Ismel, Appellant Pro Se.   Stephen Urban Baer, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Ismel appeals the district court's order construing his pro se letter as a motion for reduction in sentence under 18 U.S.C. § 3582(c)(2) (2006) and denying relief on the same. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Ismel</u>, No. 3:94-cr-00008-NKM-1 (W.D. Va. Jan. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>